UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S INC., an Ohio Corporation, 4 YOU AMERICA, LLC, a New York Limited Liability Company; HAYUN FASHION INVESTMENTS CORPORATION d/b/a PLANET FUNK, a California corporation; GLOBAL CLOTHING NETWORK, INC., d/b/a OVERDRIVE, a California | Case No.:  CV 08-3495 RSWL (AGRx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED.R.CIV. P. 41(a)(1).** |

```
 1
 2   Corporation; and Does 1
 3   through 10,
 4
 5   Defendants.
 6
 7
 8
 9      The Court has reviewed the Stipulation of the parties
10   and hereby incorporates it into this Order as if fully
11   set forth herein. Accordingly the Court ORDERS:
        1. This action is to be dismissed with prejudice as to
12         Defendants 4 You America, LLC, Hayun Fashion
           Investments Corporation (D/B/A Planet Funk), and
13         Global Clothing Network, Inc.
        2. This Action is to be dismissed without prejudice as
14         to Defendant Macy's, Inc.
15      3. This dismissal is expressly conditioned on the terms
           and conditions of the confidential settlement
16         agreements entered into by and between the Plaintiff
           and Defendants;
17      4. The Court retains jurisdiction of this matter for the
           purposes of taking any action needed to enforce the
18         terms of the confidential settlement agreements;
        5. Each party is to bear its own costs and fees as
19         incurred against one another.
20
        IT IS SO ORDERED.
21
22   Dated: September 8, 2008
23
                                    ____RONALD S.W. LEW_____
24                                    Honorable Ronald S.W. Lew
                                      Senior U.S. District Judge
25
26
27
28
```